IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIM RIDLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1867 |
| | § | |
| | § | |
| HARRIS COUNTY COMMUNITY | § | |
| SUPERVISION AND CORRECTIONS | § | |
| DEPARTMENTS, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

To allow the court sufficient time to consider the summary judgment motion, response, and reply, the deadline for submission of the joint pretrial order and motions *in limine* is extended to **February 18, 2011**. Docket call is reset to **February 25, 2011 at 2:00 p.m.**

SIGNED on January 4, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge