IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIM RIDLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1867 |
| | § | |
| HARRIS COUNTY COMMUNITY | § | |
| SUPERVISION AND CORRECTIONS | § | |
| DEPARTMENTS, | § | |
| | § | |
| Defendants. | § | |

## ORDER ON AGREED MOTION TO RESET DEADLINES

The parties' agreed to motion to reschedule the joint pretrial order and docket call deadlines is granted. The following amended scheduling order applies:

1. April 22, 2011  **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with applicable rules.

2. April 29, 2011  **DOCKET CALL**
   Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within seven (7) days of the Docket Call will be considered. All pending motions may be ruled on at docket call, and the case will be set for trial.

SIGNED on February 18, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge