IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIM RIDLEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-09-1867 |
| | § | |
| HARRIS COUNTY and HARRIS | § | |
| COUNTY COMMUNITY SUPERVISION | § | |
| AND CORRECTIONS DEPARTMENT, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties have filed an agreed motion to stay pending this court's resolution of the motion for summary judgment. (Docket Entry No. 40). For reasons that will be explained in detail in a Memorandum and Order to be issued shortly, this court intends to grant the motion for summary judgment on all bases of liability except Ridley's Title VII retaliation claim. This court will also grant summary judgment that Ridley cannot seek back pay for the period after her resignation or punitive damages. The motion to stay is denied. The parties may bring the joint pretrial order with them to docket call rather than filing it in advance.

SIGNED on April 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge